# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Filardi v. Mid America Pet Food LLC _____ Docket No.: 26-508 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey S. Goldenberg

Firm: Goldenberg Schneider, LPA

Address: 4445 Lake Forest Drive, Suite 490, Cincinnati, Ohio 45242

Telephone: 513-345-8297 Fax: 513-345-8294

E-mail: jgoldenberg@gs-legal.com

**Appearance for:** Plaintiffs-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Jason P. Sultzer, Sultzer & Lipari, PLLC)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 28, 2026 OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/Jeffrey S. Goldenberg

Type or Print Name: Jeffrey S. Goldenberg

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| James Filardi, Courtney Andersen, Lisa Burmeister, Kenneth Leonard, Dorothy Petersen, Stephanie Raney, Irene Nunez, Conrado Moreira, Kiara Reed, Nacole Houston, Monika Bennett, Jason Jarrell, Alison Barnhill, Kimberlee Ferris, Jeffrey Gould, Melissa Swaringen-Orton, Michelle Rubiano, and Coleman Stephens on behalf of themselves and all others similarly situated,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>Zef Spaci,<br><br>Objector - Appellant,<br>v.<br><br>MID-AMERICA PET FOOD, L.L.C.,<br><br>Defendant - Appellee. | Court of Appeals Docket #: 26-508 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appearance For Substitute, Additional, or Amicus Counsel, which was filed on March 10, 2026 with the United States Court of Appeals for the Second Circuit, was served upon Pro-Se Appellant, Zef Spaci via First Class U.S. Mail Service, postage prepaid, on March 10, 2026, at the following address:

Zef Spaci
501 Semple Drive
N Huntingdon, PA 15642

*/s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8297
jgoldenberg@gs-legal.com