NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Filardi v. Mid America Pet Food LLC     Docket No.: 26-508

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Katherine McKenney

Firm: Goodwin Procter LLP

Address: 100 Northern Avenue, Boston, MA 02210

Telephone: (617) 570-1953     Fax: (617) 523-1231

E-mail: KMcKenney@goodwinlaw.com

**Appearance for:** MID AMERICA PET FOOD LLC
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Jordan David Weiss/ Goodwin Procter LLP)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________)
(name/firm)

☐ Additional counsel (co-counsel with: ______________________)
(name/firm)

☐ Amicus (in support of: ______________________)
(party/designation)

---

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 3/17/2026 OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/ Katherine G. McKenney

Type or Print Name: Katherine G. McKenney

## CERTIFICATE OF SERVICE

I, Katherine G. McKenney, certify that on March 18, 2026, the foregoing document has been served on all electronically registered parties in ACMS. I further certify that the foregoing document has been served via First Class Mail upon the following parties:

Zef Spaci
501 Semple Drive
North Huntingdon, PA 15642

Michael Sussman
1686 S Federal Highway
#151
Delray Beach, FL 33433

*/s/ Katherine G. McKenney*
Katherine G. McKenney