# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>FILARDI v. Spaci / Sussman v. Mid-America Pet Food LLC | USCA DOCKET NUMBER:<br>26-508 / 26-617 | APPELLANT:<br>MICHAEL SUSSMAN |
| | DISTRICT:<br>SDNY | APPELLANT'S ADDRESS:<br>1686 S Federal Hwy #151<br>Delray Beach FL  33483 |
| | DISTRICT/AGENCY NUMBER:<br>7:2023-cv-11170 | APPELLANT'S PHONE NUMBER:<br>mike.sussman@pm.me  786-737-3836 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted

for filing no later than ____August 6 2026_____. This date is within 91 days of the later
(MM/DD/YYYY)

of  (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required

Transcript is due for delivery on May 7, 2026.  90 days will be

filing date of my Form D-P with the Court. August 6, 2026.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court

will issue an order setting a 40-day deadline to file my brief.   If I fail to file my brief, the case may

be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal

illness or family death, the Court will not grant a motion to extend the time to file a brief.

Local Rule 27.1.(f)(1).

/s/ Michael Sussman
_____
Signature of Appellant/Petitioner

4/17/2026
_____
Date

Michael Sussman
_____
Print Name

Rev. May, 2011